IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASTERN COMPUTER EXCHANGE, INC. ) | |
| ) | CASE No. 3:22-cv-00480 |
| Plaintiff ) | |
| v. ) | |
| ) | |
| AUSTIN KING AND ) | |
| PETER BONAVENTURA ) | |
| ) | |
| Defendants ) | JANUARY 26, 2023 |
| ) | |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties hereto stipulate to the dismissal of the above action with prejudice without cost to either party.

PLAINTIFF,
EASTERN COMPUTER EXCHANGE, INC.

By:   /s/ ct12299
    Jeffrey L. Ment
    Federal Bar No. ct12299
    Ment Law Group, PC
    225 Asylum Street
    Hartford, CT 06103
    P: (860) 969-3200
    F: (860) 969-3210
    E: jment@mentlaw.com

THE MENT LAW GROUP, PC • ATTORNEYS AT LAW
GOODWIN SQUARE • 225 ASYLUM STREET • HARTFORD, CONNECTICUT 06103 • (860) 969-3200 • JURIS NO. 439422

<div style="margin-left: auto; width: 60%;">

By:    /s/ *Robert S. Friedman*
Robert S. Friedman (ct31256)
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 634-3058
Facsimile: (212) 655-1758
rfriedman@sheppardmullin.com

By:    */s/ James M. Moriarty*
James Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-5485
jmoriarty@zeislaw.com
*Counsel for Defendants Austin King and Peter Bonaventura*

</div>

## **CERTIFICATION**

I hereby certify that on January 26, 2023 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ ct12299
Jeffrey L. Ment

THE MENT LAW GROUP, PC • ATTORNEYS AT LAW • JURIS NO. 439422
GOODWIN SQUARE • 225 ASYLUM STREET • HARTFORD, CONNECTICUT 06103 • (860) 969-3200